# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Gustavo Lopez, et al.

                Plaintiff,

v.

Case No.: 1:14−cv−06195

Honorable Virginia M. Kendall

Shoreline Management & Development Corp., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 12, 2015:

        MINUTE entry before the Honorable Virginia M. Kendall:Pursuant to stipulation and FRCP 41(a)(1)(A)(ii), this case is hereby dismissed with prejudice, each party to bear its own costs and fees. Civil case terminated. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.